| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

RICHARD ALLEN §
and TONYA ALLEN, §
§
      Plaintiffs, §
§
*versus* § CIVIL ACTION NO. 1:07-CV-465
§
ALLSTATE INS. CO. ET AL., §
§
      Defendants. §

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

      The court referred this matter to the Honorable Earl S. Hines, United States Magistrate Judge, for pretrial proceedings pursuant to Order of Reference entered on July 3, 2007. The court has received and considered the report of the United States magistrate judge, who recommends that the court grant plaintiffs' motion to dismiss and dismiss with prejudice their claims as to defendant John Engel.

      The magistrate judge's report is hereby **ADOPTED**. Plaintiffs' claims against John Engel are **DISMISSED** with prejudice.

      SIGNED at Beaumont, Texas, this 25th day of September, 2007.

                                    */s/ Marcia A. Crone*
                                    MARCIA A. CRONE
                            UNITED STATES DISTRICT JUDGE